Pamela J. Yates (State Bar No. 137440)
Email address: pyates@kayescholer.com
Wendy S. Dowse (State Bar No. 261224 )
Email address: wdowse@kayescholer.com
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, California  90067
Telephone:  (310) 788-1000
Facsimile:  (310) 788-1200

Attorneys for Defendants
Pfizer Inc. and Wyeth LLC

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# (FRESNO)

| | |
|---|---|
| Pamela Turner, | Case No.  1:10-cv-00288-OWW-DLB |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME TO APPEAR** |
| v. | |
| Pfizer Inc. and Wyeth LLC, | |
| Defendants. | |

The Court having considered the stipulation by the parties in this action, and finding good cause therefore;

IT IS HEREBY ORDERED that Defendants, Pfizer Inc. and Wyeth LLC, are hereby granted an extension of time to answer the Complaint until June 21, 2010.

IT IS SO ORDERED.

Dated:  **May 24, 2010**          **/s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE

23288360.DOCX            **ORDER GRANTING STIPULATION TO EXTEND TIME TO APPEAR**