1     Philip C. Bourdette SBN 47492

2     Miriam Bourdette   SBN 151980
BOURDETTE & PARTNERS

3     2924 West Main Street
Visalia, CA 93291

4     (559) 625-8425
Fax (559) 625-8491

5     pcbb@bourdettelaw.com
mrbb@bourdettelaw.com

6     Attorneys for Plaintiffs

7

8     Simona A. Farrise SBN 171708
Leigh Kirmsse SBN 160967

9     Farrise Firm PC
225 South Olive St., Ste 102

10    Los Angeles, CA 90012
310-424-3355

11    FAX 510-588-4536
sfarrise@farriselaw.com

12    LKirmsse@farriselaw.com
Attorneys for Plaintiffs

13

14    Sharon  J. Arkin SBN #154858
The Arkin Law Firm

15    333 South Grand Avenue, 25th Floor
Los Angeles, CA 90071

16    (541) 469-2892
FAX: 866) 571-5676

17    sarkin@arkinlawfirm.com
Attorney for Plaintiffs

18

19    Pamela Yates SBN 137740
Wendy S. Dowse SBN 261224

20    Julie A. Belezzuoli SBN 267302
KAYE SCHOLER LLP

21    1999 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067

22    (310) 788-1000
FAX (310) 788-1200

23    pyates@kayescholer.com
wdowse@kayescholer.com

24    julie.belezzuoli@kayescholer.com
Attorneys for Defendants

25

26

27

28

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| NANCY WADDELL, | ) Case No.: 1:04-cv-06343-JRG-DLB |
| | ) |
| | ) |
| Plaintiff, | ) ORDER GRANTING |
| | ) STIPULATION OF DISMISSAL |
| vs. | ) WITH PREJUDICE PURSUANT TO |
| | ) RULE 41 |
| WYETH LLC, et al. | ) |
| Defendants. | ) |
| | ) |

| | |
|---|---|
| | ) |
| KAY UHALT and STEPHEN UHALT, | ) Case No.: 1:10-cv-02404-JRG-DLB |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| WYETH LLC, et al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

| | |
|---|---|
| DOROTHY SETSER and HOWARD SETSER, | ) |
| | ) Case No.: 1:10-cv-02405-JRG-DLB |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| WYETH LLC, et al. | ) |
| Defendants | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

2

CAROL HILL and LEONARD HILL )   Case No.: 1:10-cv-02394-JRG-DLB
                            )
          Plaintiffs,       )
                            )
    vs.                     )
WYETH LLC. et al            )
          Defendants.       )
                            )
                            )
                            )

MARIANNE PHILLIPS and WILLIAM )   Case No.: 1:10-cv-02395-JRG-DLB
PHILLIPS,                     )
                              )
          Plaintiffs,         )
                              )
    vs.                       )
                              )
WYETH LLC, et al.             )
                              )
                              )
          Defendants.         )

GLORIETTE MCPHERSON,        )   Case No.: 1:10-cv-02384-JRG-DLB
                            )
                            )
          Plaintiff,        )
                            )
    vs.                     )
                            )
WYETH LLC, et al.           )
                            )
          Defendants.       )

BETTY CRAVEN and GEORGE CRAVEN, )   Case No.: 1:10-cv-02382-JRG-DLB
                              )
                              )
          Plaintiffs,         )
                              )
    vs.                       )
                              )
WYETH LLC, et al.             )
                              )
          Defendants.         )

3

SHIRLEY BOWLES and GERALD BOWLES,  )
                                    )   Case No.: 1:04-cv-06346-JRG-DLB
             Plaintiffs,  )
             )
      vs.  )
             )
WYETH LLC, et al.  )
             )
           Defendants.  )

_____

DONNA HAMES and MICHAEL HAMES  )   Case No.: 1:10-cv-02392-JRG-DLB
             )
             Plaintiffs,  )
             )
      vs.  )
             )
WYETH LLC, et al.  )
             )
           Defendants.  )

_____

             )
VICTORIA POOLE and DELBERT POOLE  )   Case No.: 1:10-cv-02397-JRG-DLB
             )
             Plaintiffs,  )
             )
      vs.  )
             )
WYETH LLC, et al.  )
             )
           Defendants.  )

_____

             )
LOIS ZANYK  )   Case No.: 1:10-cv-00287-JRG-DLB
             )
             Plaintiff,  )
             )
      vs.  )
             )
PFIZER INC., et al.  )
             )
           Defendants.  )

_____

4

CARLEEN WEST ) Case No.: 1:10-cv-00289-JRG-DLB
)
)
Plaintiff, )
)
vs. )
)
PFIZER INC., et al. )
)
)
Defendants. )
)

PAMELA TURNER ) Case No.: 1:10-cv-00288-JRG-DLB
)
)
Plaintiff, )
)
vs. )
)
PFIZER INC., et al. )
)
)
Defendants. )
)

LUCILLE MACIAS ) Case No.: 1:10-cv-00282-JRG-DLB
)
)
Plaintiff, )
)
vs. )
)
PFIZER INC., et al. )
)
)
Defendants. )
)

The Court having considered the Parties' Stipulation of Dismissal With Prejudice Pursuant to Rule 41 and the files and pleadings herein;

IT IS HEREBY ORDERED as follows:

1.      The above-captioned actions are dismissed with prejudice as to all Defendants, with each party to bear its own costs and attorneys' fees.   All other relief not expressly granted herein is denied.


IT IS SO ORDERED

Dated: November 13, 2012

Joseph R. Goodwin, Chief Judge